# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GARY ROBERTS,

    Plaintiff,

v.    CASE NO. 6:12-cv-151-Orl-36DAB

IBAHN GENERAL HOLDINGS
CORPORATION,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on March 16, 2012 (Doc. 15). In the Report and Recommendation, Judge Baker recommends that the Court grant the parties' Joint Motion to Approve Settlement, (Doc. 14), and dismiss this case with prejudice. The parties filed a Joint Notice of No Objection to the Report and Recommendation of Magistrate Judge Baker on March 20, 2012 (Doc. 16).

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between Plaintiff Gary Roberts and Defendant Ibahn General Holdings Corporation is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 14) is **GRANTED**. The Settlement (Doc. 14-Ex. 1) is hereby **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida, on March 21, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD
MAGISTRATE JUDGE BAKER